IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY 21 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| WILLIAM O. SOTO, § § Plaintiff, § § v. § § LCS CORRECTIONS SERVICES, INC., § d/b/a Coastal Bend Detention Center, § § Defendant. § | CIVIL CASE NO. 2:12-CV-00130 |

## VERDICT OF THE JURY

**Question No. 1**: Did Defendant take an adverse employment action again Plaintiff because Plaintiff engaged in protected activity?

Answer "Yes" or "No":  __YES__

If you answered "Yes," continue on to Question No. 2.
If you answered "No," you do not need to answer any further questions.

**Question No. 2**: What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

Back pay and benefits:  $ __50,000.00__

Emotional pain and suffering, inconvenience,
mental anguish, and loss of enjoyment of life:  $ __∅__

Continue on to Question No. 3.

**Question No. 3**: Based on the evidence presented, do you find that Plaintiff should be awarded punitive damages?

Answer "Yes" or "No": _____YES_____

If you answered "Yes," continue on to Question No. 4.
If you answered "No," you do not need to answer any further questions.

**Question No. 4**: What sum of money, if any, should be assessed against Defendant as punitive damages?

Answer in dollars and cents: $ __150,000.00__

***Please have the Foreperson sign and date the Verdict of the Jury.**

SIGNATURE: ████████████████████   DATE: 05/21/2013

2