UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM O. SOTO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-130 |
| | § | |
| LCS CORRECTIONS SERVICES, INC.; | § | |
| dba COASTAL BEND DETENTION | § | |
| CENTER, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

The Court enters final judgment in favor of Plaintiff William O. Soto that he will recover from Defendant, and Defendant shall pay to Plaintiff as follows:

1. $50,000.00 in back pay and benefits.

2. $150,000.00 in punitive damages.

3. $42,924.00 in front pay.

4. $40,625.00 in attorney's fees.

5. Court costs.

6. Post-judgment interest as provided by law.

Any further relief not expressly granted herein is denied.

ORDERED this 7th day of August, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE